IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL VENIS**                                                  **PLAINTIFF**
**ADC #123413**

v.            **CASE NO.: 4:07CV00426 JMM/BD**

**LARRY NORRIS, et al.**                                    **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Defendants' Motion to Dismiss (#9) is GRANTED; Plaintiff's Complaint (#2) is DISMISSED with prejudice; and the case is ordered closed.

IT IS SO ORDERED, this 19th day of October , 2007.

_____
UNITED STATES DISTRICT JUDGE