# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MICHAEL VENIS**  **PLAINTIFF**
**ADC #123413**

v.            **CASE NO.: 4:07CV00426 JMM/BD**

**LARRY NORRIS, et al.**            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED this 19th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE